CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 6 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DENNIS BARNES,<br>Plaintiff, | ) ) ) | Civil Action No. 7:06CV00745 |
| v. | ) ) ) | **ORDER** |
| LARRY HUFFMAN, et al.,<br>Defendants. | ) ) ) ) | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's motion for a preliminary injunction (docket #6) shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 6th day of March, 2007.

_____
United States District Judge