CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 7 2007

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DENNIS BARNES, | ) | |
|    Plaintiff, | ) | Civil Action No. 7:06CV00745 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LARRY HUFFMAN, et al., | ) | By: Hon. Glen E. Conrad |
|    Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that summary judgment is entered in favor of the defendants. This action shall be and hereby is **DISMISSED**. All pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 6th day of NOVEMBER, 2007.

/s/ Glen E. Conrad
United States District Judge